UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUKODIR NURMAKHAMATOV,

                Plaintiff,        25-cv-6025 (JGK)

     - against -             ORDER

BANK OF AMERICA NA, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 26, 2025.

SO ORDERED.

Dated:    New York, New York
          September 12, 2025

                                      John G. Koeltl
                             United States District Judge